Willard G. TRIBBY, Appellant,

v.

UNITED STATES of America, Appellee.

No. 13577.

United States Court of Appeals District of Columbia Circuit.

Argued March 18, 1957.

Decided May 2, 1957.

Petition for Rehearing Denied May 17, 1957.

Mr. Bernard I. Nordlinger, Washington, D. C. (appointed by the Court), for appellant.

Mr. Alfred Burka, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S.

Atty., and Lewis Carroll, Asst. U. S. Atty., were on the brief, for appellee. Mr. Carl W. Belcher, Asst. U. S. Atty., also entered an appearance for appellee.

Before EDGERTON, Chief Judge, and BAZELON and WASHINGTON, Circuit Judges.

PER CURIAM.

Appellant was convicted of grand larceny. D.C.Code (Supp. V) § 22-2201. We find no error affecting substantial rights.

Affirmed.